UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                    :
                                          :   Case No. 08-62129
Patricia A. Dennis,                       :   Chapter 7
                                          :   Judge Hoffman
        Debtor.                           :

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

        The attached check in the amount of $7.33 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC   29602 | 6 | $2.53 |
| US Bank, Attn:  Bankruptcy Dept. PO Box 5229 Cincinnati, OH   45201 | 8 | $4.80 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $7.33 | $0 |

Dated: January 14, 2010                   /s/ Thomas McK. Hazlett
                                          Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

                            ###